

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2020

No. 04-19-00891-CV

**WEBB COUNTY**,
Appellant

v.

Juan C. Garcia **LINO**, Individually and as Representative of the Estates of Suleika R. Fonseca
Saldivar, Deceased, and Alessandra Juliette Garcia, Deceased,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2017CVA000356D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellant's brief was due on February 6, 2020. *See* TEX. R. APP. P. 38.6(a). On the due date, Appellant filed a motion for a twenty-day extension of time to file the brief.

Appellant's motion is GRANTED. Appellant's brief is due on February 26, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court